**2012–0902. State v. Belton.**
Lucas App. No. CR0200802934000. On appellant's application for reopening pursuant to S.Ct.Prac.R. 11.06. Application denied.

**2012–1212. State v. Montgomery.**
Franklin App. No. 10-CR-7125. On appellant's application for reopening pursuant to S.Ct.Prac.R. 11.06. Application denied.

O'NEILL, J., dissents.

**2017–0882. State v. Kahn.**
Cuyahoga App. No. 104360, 2017-Ohio-4067. On review of an order certifying a conflict. It is determined that no conflict exists. Cause dismissed.

O'NEILL, J., not participating.

**2017–1028. State v. Lewis.**
Summit App. No. 28064, 2017-Ohio-2747. On motion for leave to file delayed appeal. Motion denied.

KENNEDY, J., dissents.

O'CONNOR, C.J., not participating.

**2017–1033. State v. Jackson.**
Summit App. No. 28192, 2017-Ohio-635. On motion for leave to file delayed appeal. Motion denied.

KENNEDY, J., dissents.

**2017–1040. State v. Taylor.**
Hamilton App. No. C–160468. On motion for leave to file delayed appeal. Motion denied.

DEWINE, J., dissents.

FISCHER, J., not participating.

**2017–1050. State v. Greenlee.**
Montgomery App. No. 27039, 2017-Ohio-849. On request for emergency stay. Request denied.

**2017–1070. State v. White.**
Summit App. No. 27683, 2016-Ohio-4829. On motion for leave to file delayed appeal. Motion denied.

FISCHER, J., dissents.

O'CONNOR, C.J., not participating.

**2017–1076. State v. Jenkins.**
Greene App. No. 2016-CA-10, 2017-Ohio-693. On motion for leave to file delayed appeal. Motion denied.

O'NEILL, J., dissents.

**2017–1101. State v. West.**
Muskingum App. No. CT2015–0050, 2016-Ohio-5032. On motion for leave to file delayed appeal. Motion denied.

**2017–1110. State v. Lennon.**
Cuyahoga App. No. 104344, 2017-Ohio-2753. On motion for leave to file delayed appeal. Motion denied.

O'NEILL and DEWINE, JJ., dissent.

**2017–1119. Specialty Executives, Inc. v. KDH Defense Sys., Inc.**
Morrow App. No. 16CA0012, 2017-Ohio-4399. On motion to stay. Motion granted. Execution of judgment and disbursement of bond are stayed pending the court's disposition of this appeal.

O'CONNOR, C.J., and FRENCH and DEWINE, JJ., dissent.

**2017–1122. State v. Gordon.**
Summit App. No. 28191, 2017-Ohio-5796. On review of an order certifying a conflict. The court determines that a conflict exists. The parties are ordered to brief the issue stated at page 1 of the court of appeals' entry filed August 8, 2017: "Whether the post-release control notification of R.C. 2929.19(B)(2)(e) must include notification of the penalty provisions in R.C. 2929.141(A)(1)-(2), specifi-